(71 South. 194)

No. 20227.

SALASSI et al. v. DOUGHERTY et al.

(March 6, 1916.)

*(Syllabus by Editorial Staff.)*

APPEAL AND ERROR ☞805—DISPOSITION OF CASE—ABANDONMENT OF APPEAL BY APPELLANT.

Where appellants had filed no brief and made no appearance in the Supreme Court and had apparently abandoned the case, the judgment of the lower court would be affirmed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 1958, 1989; Dec. Dig. ☞805.]

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; H. F. Brunot, Judge.

Suit by John P. Salassi and another against Mrs. Lillie McConnell Dougherty and others. Judgment for defendants, and plaintiffs appeal. Affirmed.

T. Jones Cross, of Baton Rouge, for appellants. R., C. & S. Reid, of Amite, and Taylor & Porter, of Baton Rouge, for appellees.

PROVOSTY, J. This is one of a number of similar suits brought against the widow

138 LA.—35

and heirs of Nolan Stewart Dougherty, and is controlled by the case of Cleneay et al. v. Dougherty, reported in 135 La. 346, 65 South. 485.

Appellants have apparently abandoned the case, as they have filed no brief and made no appearance in this court.

Therefore the judgment of the lower court is affirmed.